By the Court.
 

 We are of opinion the judgment of the' Circuit Court
 
 *376
 
 must be affirmed. A supersedeas, in such a case as this, could only be the means of enabling the plaintiff to obtain a writ of 'error from the Circuit Court, by staying the proceedings until that object could be effected. When the motion was made to discharge, the plaintiffs should have moved for a writ of error, so as to have the case examined, which could not have been done merely upon the
 
 supersedeas.
 
 There was no attempt made by the plaintiffs to have the proceedings of the County Court re-examined. Suppose this Court reverses the judgment of the Circuit Court, what next shall be done ? Order the Circuit Court to proceed, or proceed here ? In either case there will be nothing to proceed on. No other methods exist than an appeal or a writ of error, enabling one Court to revise the proceedings of another on points of law. The
 
 supersedeas,
 
 it is probable, would have lost its effect at the end of the term in which it was discharged without any motion for that purpose. The judge has done nothing more than would have been produced by the silent operation of law, if no motion had been made. The plaintiffs seem to have proceeded on mistaken grounds.
 

 The judgment must be affirmed.